■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANTHONY UTTINGER, Appellant. [730 NYS2d 454] —Appeal by the defendant, as limited by his motion, from a sentence of the Supreme Court, Queens County (Rotker, J.), imposed November 2, 1998, on the ground that the sentence is illegal.

Ordered that the sentence is affirmed.

The defendant is precluded from contesting the use of his 1994 conviction as a predicate conviction since he failed to raise any challenge to the constitutionality of that conviction at the time he was adjudicated a persistent violent felony offender (*see, People v Ennis,* 261 AD2d 332). Bracken, P. J., Altman, McGinity, H. Miller and Adams, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. JASON DEJESUS, on Behalf of ERIC GARNER, Petitioner, v WARDEN, RIKERS ISLAND, et al., Respondents. [730 NYS2d 453] —Writ of habeas corpus in the nature of an application to set bail upon Kings County Indictment No. 10700/2000, or for the detainee's release, pursuant to CPL 30.30 (2) (a), on the ground that the People were not ready for trial within 90 days from the commencement of his commitment to the custody of the sheriff in the above-entitled action.

Adjudged that the writ is dismissed, without costs or disbursements (*see, People v Padin,* 184 Misc 2d 974). McGinity, J. P., H. Miller, Feuerstein and Cozier, JJ., concur.